NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                                        Case No. 2:22-cr-133-1

Brittany Pecor

TAKE NOTICE that the above-entitled case has been scheduled at 09:30 a.m. on Monday, August 12, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Sentencing.

Location: Courtroom 110                                     JEFFREY S. EATON, Clerk
                                                                        By: */s/ Lisa Wright*
                                                                         Deputy Clerk
                                                                         8/14/2023

TO:

John J. Boscia, AUSA

Mark D. Oettinger, Esq.

Court Reporter